IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

DEMETRIUS LEE and ROBB WILSON
    *Plaintiffs*,

vs.    CASE NO._____

CITY OF MIDLAND, TEXAS,
SETH HERMAN and KYLE SULLIVAN    **Jury Requested**
    *Defendants*.

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    PLAINTIFFS, DEMETRIUS LEE and ROBB WILSON, files this, their Certificate of Interested Persons. Plaintiffs would respectfully show as follows:

    Defendant believes that the following are the proper interested persons in this suit:

1. Plaintiff DEMETRIUS LEE, 2305 Sky View Road, Midland, TX 79705;

2. Plaintiff ROBB WILSON, 2641 Grand Colonial St., Grand Prairie, TX 75054;

3. Defendant City of Midland, 300 N. Lorraine Street, Midland, Texas 79702;

4. Defendant Seth Herman c/o MIDLAND POLICE DEPARTMENT, 601 N. Lorraine St, Midland, TX 79701;

5. Defendant Kyle Sullivan c/o MIDLAND POLICE DEPARTMENT, 601 N. Lorraine St, Midland, TX 79701.

Respectfully submitted,

By: */s/ Robert S. Hogan*
Robert S. Hogan
State Bar No. 00796767
HOGAN LAW FIRM, PC
1210 Ave. R (79401)
P.O. Box 2277
Lubbock, Texas 79424
Telephone: (806) 771-7900
Facsimile: (806) 771-7925
Email: rob@hoganlaw.com