# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DEMETRIUS LEE and ROBB WILSON,** § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | MO:20-CV-00020-DC | |
| § | | |
| **CITY OF MIDLAND, TEXAS, SETH HERMAN, and KYLE SULLIVAN,** § | | |
| *Defendants*. § | | |

## FINAL JUDGMENT

On this day, the Court granted Defendants' Motions for Summary Judgment and dismissed all of Plaintiffs' claims against Defendants. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

The Court **ORDERS** that Defendants' Motions for Summary Judgment are hereby **GRANTED.** (Docs. 26, 27).

The Court further **ORDERS** that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

The Court further **ORDERS** that any pending motions shall be **DENIED** as moot.

The Court finally **ORDERS** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 4th day of October, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE