

**A True Copy**
**Certified order issued Jan 10, 2022**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-51075

_____

Demetrius Lee; Robb Wilson,

*Plaintiffs—Appellants*,

*versus*

City of Midland, Texas; Seth Herman; Kyle Sullivan,

*Defendants—Appellees*.

United States Court of Appeals
Fifth Circuit

**FILED**

January 10, 2022

Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:20-CV-20

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of January 10, 2022, for want of prosecution. The appellants failed to timely file a brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 10, 2022

Ms. Jeannette Clack
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

          No. 21-51075   Lee v. City of Midland, Texas
                         USDC No. 7:20-CV-20

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Casey A. Sullivan, Deputy Clerk
                         504-310-7642

cc w/encl:
    Mr. Nathaniel Stuart Brignon
    Mr. Aaron Matthew Dorfner
    Mr. Demetrius Lee
    Mr. Samuel J. Stennis
    Mr. Robb Wilson